DANIEL J. BRODERICK, Bar #89424
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
TIMOTHY STAYER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY STAYER, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> M. MCDONALD, ) <br> ) <br> Respondent. ) | No. Civ. S-09-02588-MCE-GGH <br><br> ORDER |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that

Linnea Marie Johnson, Esq.
Central California Appellate Program
2407 J Street
Suite 301
Sacramento, CA 95816
916-441-3792-204
Fax: 916-442-0330
Email: ljohnson@capcentral.org

shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: October 19, 2009

    /s/ Gregory G. Hollows
Hon. Gregory G. Hollows
United States Magistrate Judge

stay2588.subs