IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy Stayer,<br><br>         Petitioner,<br><br>   v.<br><br>M. McDonald, Warden<br><br>Respondent. | No. CIV-S-09-02588-MCE-GGH<br><br>**ORDER PURSUANT TO STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING STATEMENT** |

   Pursuant to Local Rule 6-144 and the Stipulated Joint Request of the parties, and for good cause shown, this court hereby grants an extension of time to the parties to file their joint scheduling statement up to and including December 15, 2009.

DATED: November 12, 2009        /s/ Gregory G. Hollows
                                 _____
                                         Gregory G. Hollows
                                         U.S. Magistrate Judge

stay2588.eot