IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY THOMAS STAYER,

    Petitioner,                      No. CIV S-09-2588 MCE GGH P

    vs.

M. McDONALD, et al.,

    Respondents.              ORDER

_____/

        On March 25, 2010, the undersigned lifted the stay entered March 5, 2010. On March 24, 2010, plaintiff filed an amended petition. Accordingly, IT IS HEREBY ORDERED that within twenty-eight days of the date of this order, respondent shall file a response to the amended petition.

DATED: March 26, 2010

                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

stay2588.ord(2)

1