IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY STAYER,

      Petitioner,                             No. CIV S-09-2588 MCE CHS P

    vs.

M. McDONALD,

      Respondent.             ORDER

_____/

        Petitioner, a state prisoner, proceeds through appointed counsel with a second amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has filed an unopposed motion for leave to file a supplemental brief in support of the second amended petition and traverse, accompanied by a proposed briefing schedule to which respondent has agreed.  The purpose of the requested supplemental briefing is to address a change in the law arising out of the recent decision of the United States Supreme Court in *Harrington v. Richter*, 131 S.Ct. 770 (2011).

        Good cause appearing, the motion is GRANTED, subject to the following briefing schedule: Petitioner's supplemental brief shall be filed within 30 days of the date of this order.  Respondent may file a supplemental brief within 30 days after the filing of petitioner's supplemental brief, and petitioner may file a reply within 15 days after the filing of respondent's

1 supplemental brief.

2 IT IS SO ORDERED.

3 DATED: February 23, 2011

*Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE